## STATEMENT OF FACTS

1. On Tuesday, August 24, 2021, at approximately 5:45 p.m., Officer-1 of the Metropolitan Police Department (MPD) Sixth District was on patrol in a marked MPD cruiser in the vicinity of the 1900 Block of 16th Street SE in Washington, DC. When Officer-1 came to a stop at the intersection of 16th Street and T Street SE, Witness-1 flagged down Officer-1 to report that a then-unknown person, later determined to be Defendant HAILE SALAAM, was engaged in consuming narcotics in the rear of an apartment building at 1900 16th Street SE.

2. Officer-1 drove into the alley adjacent to 1900 16th Street SE, exited the cruiser, and approached the rear of the building, where Officer-1 observed SALAAM sitting on an exterior stairwell leading to the basement of the building. Officer-1 observed SALAAM using a needle to inject an unknown substance into his arm. As Officer-1 approached SALAAM, SALAAM stated, in sum and substance, "Oh, how are you doing sir. I'm just shooting up. Do you want me to move? I'll move right now. I'm just an addict." Officer-1 responded, in sum and substance, "I understand. Just get your stuff. . . I understand, you can't do it here though." SALAAM proceeded to gather his things, then walked up and out of the stairwell, and then past Officer-1 toward the street. Officer-1 did not arrest or detain SALAAM, and was prepared to allow him to leave.

3. As SALAAM walked past Officer-1, Officer-1 observed that SALAAM was dressed in red pants, a black sleeveless undershirt, and had a hoodie wrapped around his waistband. Officer-1 further observed what appeared to be a firearm trigger and trigger guard above SALAAM's rear waistband.

4. As SALAAM walked away, Officer-1 returned to the MPD cruiser. Officer-1 then followed SALAAM and continued to observe SALAAM while SALAAM walked down the sidewalk. Officer-1 radioed for any additional MPD officers in the area to assist with stopping SALAAM. Officer-1 advised that Officer-1 had observed a firearm sticking out of the rear of SALAAM's waistband and provided a description of SALAAM's location and clothing.

5. Officer-1 continued to follow SALAAM to the 1700 block of Minnesota Avenue SE, where SALAAM walked on the sidewalk on the east side of Minnesota Avenue in a northbound direction. Officer-1 observed other MPD units approach Officer-1's location from the north in the southbound lane of the 1700 block of Minnesota Avenue SE.

6. Officer-1 stopped Officer-1's MPD cruiser in the road in the vicinity in front of 1737 Minnesota Avenue SE, exited the cruiser, and directed SALAAM to stop. As Officer-1 directed SALAAM to stop and began approaching SALAAM on the sidewalk, Officer-1 observed SALAAM reach to his rear waistband. SALAAM then pulled a firearm from his rear waistband area and pointed the firearm at or in the direction of Officer-1. Upon seeing SALAAM reach to his rear waistband and brandish a firearm, Officer-1 pulled and fired his service weapon at SALAAM several times in rapid succession, striking SALAAM once in the right leg.

7. Additional MPD officers on scene quickly approached SALAAM from the north and directed SALAAM to drop the firearm. MPD officers then secured a firearm on the sidewalk next to SALAAM and began providing medical assistance to SALAAM.

8. MPD officers recovered the firearm from the sidewalk next to SALAAM, which was determined to be an ASTRA A100, 9 mm caliber firearm, bearing Serial No. 7592c. The firearm was loaded with one 9 mm round in the chamber and 13 additional 9 mm rounds in the magazine.

9. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

10. Defendant SALAAM was transported to The George Washington University Hospital for medical treatment. While at the hospital, Defendant SALAAM provided his name to MPD officers. MPD officers queried a law enforcement database and located an identity (for SALAAM) with an associated photograph. MPD officers then showed the photograph to SALAAM, at which point Defendant SALAAM looked at the photograph and confirmed his identity.

11. A criminal history check of Defendant SALAAM through the National Crime Information Center (NCIC) confirmed that SALAAM has multiple prior felony convictions, including but not limited to the following felony convictions in the Superior Court of the District of Columbia:

   a. A felony conviction for Attempt to Commit Robbery, Case No. 2015 CF3 017109. SALAAM was sentenced to 24 months of imprisonment and three years of supervised release for this conviction.

   b. A felony conviction for Aggravated Assault While Armed, Case No. 2002 FEL 007220. SALAAM was sentenced to seven years of imprisonment and five years of supervised release for this conviction.

12. Therefore, Defendant SALAAM was aware at the time of his arrest in this case that he had at least one prior conviction for a crime punishable by imprisonment for a term exceeding one year.

_____
INVESTIGATOR VIJAY SHARMA (#1775)
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 27th day of August, 2021.*

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE